IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| MEDLOCK SOUTHWEST MANAGEMENT CORPORATION, *et al.,* § § § | |
| | Civil Action No. 5:04-cv-129 |
| Plaintiffs, § § | |
| | JUDGE DAVID J. FOLSOM |
| v. § § | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, § § § § | |
| Defendant. § | |

# **O R D E R**

The Court, having considered Plaintiff's Unopposed Motion for Leave to File Under Seal, concludes that the motion is well taken and should be GRANTED. Accordingly, it is ORDERED that Plaintiff is granted leave to file its Opposition to Defendant Federal National Mortgage Association's Motion for Partial Reconsideration of the Court's Order Denying Summary Judgment.

IT IS SO ORDERED.

Signed this ___15___ day of ___April___, 2005.

_____
The Honorable David Folsom
United States District Judge